UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FIEL,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMMERCIAL COLLECTION CONSULTANTS, INC.,<br><br>   Defendant. | Docket No: 2:15-cv-04819-R-MRW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff MATTHEW FIEL, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice.

DATED: July 17, 2015

          **BARSHAY SANDERS, PLLC**
          By: /s Craig B. Sanders
          Craig B. Sanders, Esq.
          100 Garden City Plaza, Suite 500
          Garden City, New York 11530
          Tel: (516) 203-7600
          *Attorneys for Plaintiff*
          Our File No.: 108940

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530